PATRICK H. HICKS, ESQ.
Nevada Bar No. 4632
MICHAEL D. DISSINGER, ESQ.
Nevada Bar No. 15208
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113
Telephone:    702.862.8800
Fax No.:        702.862.8811
phicks@littler.com
mdissinger@littler.com

Attorneys for Defendant
PEPPERMILL CASINOS, INC.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| RAQUEL CONSTANTINO,<br><br>        Plaintiff,<br><br>v.<br><br>PEPPERMILL CASINOS, INC.,<br>and DOES I-X,<br><br>        Defendants. | Case No. 3:24-cv-00573-CLB<br><br>**ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [ECF NO. 24]**<br><br>**[FIRST REQUEST]** |

Plaintiff, RAQUEL CONSTANTINO ("Plaintiff") and Defendant, PEPPERMILL CASINOS, INC. ("Defendant") (collectively "Parties"), by and through their respective undersigned counsel of record, hereby stipulate to modify the briefing schedule for Defendant's Motion for Summary Judgment [ECF No. 24] (the "Motion") due to the holiday season and current workload of counsel for both Plaintiff and Defendant during the same.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
702.862.8800

The Parties respectfully request that the Court extend the deadline for Plaintiff's Opposition to the Motion and Defendant's Reply as set forth below:

| Plaintiff's Opposition to Motion | Defendant's Reply in Support of Motion |
|---|---|
| Current Deadline: December 26, 2025 | Current Deadline: January 2, 2026 |
| Proposed Deadline: January 9, 2026 | Proposed Deadline: January 23, 2026 |

The Parties make this request in good faith and not for the purpose of undue delay. The Parties agree neither Plaintiff nor Defendant will be prejudiced by the modification requested herein. Therefore, good cause exists to grant the instant Stipulation and extend the deadline for Plaintiff's Opposition to, and Defendant's Reply in support of, the Motion.

Dated: December 15, 2025

Respectfully submitted,

/s/ Ronald J. Dreher
RONALD J. DREHER, ESQ.
DREHER LAW

*Attorneys for Plaintiff*
RAQUEL CONSTANTINO

Dated: December 15, 2025

Respectfully submitted,

/s/ Michael D. Dissinger
PATRICK H. HICKS, ESQ.
MICHAEL D. DISSINGER, ESQ.
LITTLER MENDELSON, P.C.

*Attorney for Defendant*
PEPPERMILL CASINOS, INC.

**IT IS SO ORDERED.**

Dated:  December 16, 2025

_____
**UNITED STATES MAGISTRATE JUDGE**

LITTLER MENDELSON, P.C.
Attorneys At Law
8474 Rozita Lee Avenue
Suite 200
Las Vegas, Nevada 89113
702.862.8800

2

4906-4650-5602 / 021970.1135