**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| RAQUEL CONSTANTINO, | Case No. 3:24-CV-00573-CLB |
| Plaintiff, | **ORDER SUSTAINING PLAINTIFF'S OBJECTION TO DEFENDANT'S BILL OF COSTS** |
| v. | |
| PEPPERMILL CASINOS, INC., | [ECF No. 33] |
| Defendant. | |

Defendant Peppermill Casinos ("Peppermill") filed a bill of costs requesting $5,919.30. (ECF No. 32.) Plaintiff Raquel Constantino ("Constantino") objects to $450 in duplicative service of process fees and $489.35 in deposition-related fees she argues are specifically excluded by the Court's Local Rules. (ECF No. 33.) Peppermill did not file a response to Constantino's objection. *See* LR 54-1(c) ("The deadline to file and serve any response to an objection is seven days after service of the objection).

Federal Rule of Civil Procedure 54(d)(1) permits a prevailing party to recover costs other than attorney fees. *See also* LR 54-1. This District's Local Rule 54-2 permits recovery of "[a]n authorized process server's fees." Similarly, Local Rule 54-4 permits recovery of most deposition-related costs. However, recovery of "[p]ostage, handling, and delivery fees for deposition transcripts" and fees incurred due to special formatting are prohibited. LR 54-4(b)(2)-(3). The Court has reviewed Constantino's objections and finds they are supported by the Local Rules.

**IT IS THEREFORE ORDERED** that Constantino's objections to Peppermill's bill of costs, (ECF No. 33), are **SUSTAINED**.

**IT IS FURTHER ORDERED** that Peppermill's bill of costs, (ECF No. 32), is **MODIFIED** by reducing the line item "Other costs" to $2,680.00 and the line item "Fees for printed or electronically recorded transcripts necessarily obtained for use in the case" to $1,557.35.

**IT IS FURTHER ORDERED** that the Clerk of Court shall tax costs in favor of Peppermill in the total amount of $4,979.95 and include that in the judgment.

DATED: May 5, 2026 _____.

_____
**UNITED STATES MAGISTRATE JUDGE**

2